No. 366-81875-2014

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 366TH DISTRICT |
| v. | COURT OF |
| JOHN TURNER GRAY | COLLIN COUNTY, TEXAS. |

5th COURT OF APPEALS
DALLAS, TEXAS
1/4/2016 3:47:40 PM
LISA MATZ
Clerk

## NOTICE OF APPEAL

**COMES NOW JOHN TURNER GRAY, DEFENDANT,** respectfully giving Notice of Appeal that he desires to appeal from the final judgment of conviction in the above styled and numbered cause that was ~~signed~~ *SENTENCED* by the court on the 6 day of November 2015. John Turner Gray appeals to the 5th Court of Appeals.

_____
JOHN TURNER GRAY

FILED

15 NOV 18 PM 4: 31

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY_____DEPUTY

SCANNED